Upon consideration of appellant's motion for mediation, it is ordered by the court that the motion for mediation is denied.

## DISCIPLINARY CASES

**2014–0197. Disciplinary Counsel v. Smith.**
This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline that recommends the court impose discipline against respondent. On May 1, 2014, respondent filed a motion for leave to file a reply brief. On May 5, 2014, relator filed a motion to strike respondent's motion for leave to file a reply brief.

Upon consideration thereof, it is ordered by the court that respondent's motion for leave to file a reply brief is denied and relator's motion to strike is denied.

## MISCELLANEOUS DISMISSALS

**2014–0160. State ex rel. Toledo Blade Co. v. Meyer.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2014–0357. In re C.J.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0693. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–3505.

**2014–0700. Euclid City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1042.

**2014–0712. Revco Discount Drug Ctrs., Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–4407.

**2014–0714. Famicos Notre Dame Apts. Ltd. Partnership v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2011–1407 through 2011–1415 and 2011–1418.

**2014–0720. Lakewood Local Schools Bd. of Edn. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–215.

**2014–0721. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2013–4176 through 2013–4178.

**2014–0722. Sears Roebuck & Co. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–406.

**2014–0723. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–2109.

**2014–0724. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2013–3521 through 2013–3527 and 2013–3531.

**2014–0725. Tan Pro, Inc. v. Testa.**
Board of Tax Appeals, No. 2010–A–2425.

**2014–0736. Maumee City Schools Bd. of Edn. v. Lucas Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2011–141 and 2011–289.